UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH JOHNSON,

        Petitioner,        Case Number: 2:13-CV-12407

v.        HON. GERALD E. ROSEN

KENNETH T. MCKEE,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated July 01, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 1st day of July, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:   s/Julie Owens
        Deputy Clerk

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2013, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5135